IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ABL, DL, and AB,<br>Plaintiffs,<br>v.<br><br>Providence School District,<br>Defendant | Civil Action No. 1:22-cv-00379 |

**THE PARTIES' JOINT MOTION FOR APPROVAL OF A SETTLEMENT THAT INCLUDES A MINOR AND MEMORANDUM OF LAW IN SUPPORT**

COME NOW Plaintiffs ABL, D.L. and A.B., (Plaintiffs) and Defendant Providence School District , by and through their respective counsel, and hereby jointly apply for approval of a settlement that includes a claim of a minor pursuant to Local Rule 39.4. In support of their Motion, the parties state as follows:

1. Plaintiff ABL is a minor, and he was born on June 25, 2010.

2. D.L. and A.B. are the parents and natural guardians of ABL and are authorized to prosecute this action for ABL and themselves and to present this Motion to the Court.

3. Plaintiff ABL is a student with a disability in the Providence School District.

4. Plaintiffs filed this action asserting violations of federal law, including the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, et seq. (IDEA), Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 (Section 504), and Title II of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12132. Defendants deny the allegations contained in the Complaint.

5. There is a dispute between the parties, both as to the facts and the natures of

the claims of ABL, D.L. and A.B., and the legal liability of Defendant.

6. The parties have agreed,to enter into a compromise settlement of all claims of Plaintiffs against Defendant, as more fully set forth in the proposed Settlement Agreement, which is submitted as Exhibit A.

7. D.L. and A.B. and their counsel have fully considered the circumstances of these claims, as well as the uncertainties, expenses, and delay the litigation of this matter may present, and represents to the Court that the settlement with the Defendant is fair and reasonable and in the best interest of minor plaintiff ABL.

## MEMORANDUM OF LAW IN SUPPORT

Plaintiffs D.L. and A.B. are the parents and natural guardians of ABL. They brought this case on their own behalf as well as on behalf of their son ABL seeking tuition reimbursement for their son's unilateral placement at the Wolf School, compensatory education, as well as damages under Section 504 and the ADA.

This Court in affirmed the hearing officer's decision in part and reversed in part, and the ADA and Rehabilitation Claims were left pending. The Court indicated that the case would be remanded to the Rhode Island Department of Education "in the event the parties are unable to resolve the compensatory education issue by agreement." Doc.30 at -32.

The parties subsequently reached an agreement to resolve this case, including the claims for compensatory education and attorneys' fees and any possible appeal. The parties believe that the resolution is fair and reasonable.

The parties have provided the information required by Local Rule Civil 39.4. The declaration from D.L. is provided that explains why the proposed settlement is in the best

interest of ABL and should be approved. The settlement agreement provides that $20,000 should be paid to the parents of ABL and that $25,000 should be paid to their counsel as attorney's fees. The proceeds are going to be used to fund ABL's tuition at the Wolf School, which is in excess of $20,000 per year, so there is no need for a trust or any other safeguard for the funds. The attorneys' fees are reasonable in light of the work that was done both at the due process hearing and in this court. There is no dispute that the parents are devoted to their son and have always acted in what they believed was their son's best interest.

WHEREFORE, the parties respectfully request this Court to :

1. Approve the compromise settlement.

Dated: July 24, 2024

Respectfully submitted,

/s/ Ellen Saideman
Ellen Saideman, Esq.
Law Office of Ellen Saideman
7 Henry Drive
Barrington, RI  02806
Telephone:  401.258.7276
Facsimile: 401.709.0213
Email:  esaideman@yahoo.com

//s/ Mary Ann Carroll
Mary Ann Carroll, Esq.
Bar No. 6664
Henneous Carroll Lombardo LLC
One Citizens Plaza, Suite 1010
Providence, RI  02903
401-424-5224
Email: ,macarroll@hcllawri.com.

Counsel for Defendant Providence School District

3