IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ABL, DL, and AB,<br>Plaintiffs,<br>v.<br><br>Providence School District,<br>Defendant | Civil Action No. 1:22-cv-00379 |

**STIPULATED ORDER**

The parties have jointly moved for approval of a settlement that includes a claim of a minor pursuant to Local Rule 39.4. They have provided the declaration of D.L., father of the minor child, who states that the settlement is fair and reasonable as well as the settlement agreement as required by Local Rule 39.4. The settlement agreement was provided under seal. The Court has reviewed the parties' submission and the settlement agreement and determined that it is fair and reasonable.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the settlement agreement is approved, and the case is dismissed.

Entered as the Order of the Court this 25th day of July, 2024.

By order,

*/s/ W.E. Smith/*

Hon. William E. Smith
United States District Court Judge

**STIPULATION**

We, on behalf of our clients, stipulate to the entry of the within order.

Dated: July 23, 2024

Counsel for Plaintiffs

/s/ Ellen Marjorie Saideman
Ellen Saideman, Esq. (Bar No. 6532)
Law Office of Ellen Saideman
7 Henry Drive
Barrington, RI 02806
401.258.7276
fax 401.709.0213
esaideman@yahoo.com


/s/Mary Ann Carroll
Mary Ann Carroll (Bar No. 6664)
Henneous Carroll Lombardo LLC
One Citizens Plaza, Suite 1010
Providence, RI 02903
401.424.5224
macarroll@hcllawri.com